STATE AND DISTRICT OF MONTANA, GREAT FALLS DIVISION

GREAT FALLS, MONTANA

In reference to the search of   )
Brandon Conrad Miesmer,         )
Date of Birth xx/xx/1989        )

### AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Jason M. Bowen, being duly sworn, depose and state as follows:

I am a Special Agent of the Federal Bureau of Investigation (FBI), and am currently assigned to the Salt Lake City Division, Helena, Montana, Resident Agency. I have primary investigative responsibility for violent crime. I have been employed as a Special Agent for three years and during this time have investigated numerous matters involving the violation of federal laws enumerated in Title 18 of the United States Code. Prior to my employment with the Federal Bureau of Investigation I was employed as a law enforcement officer with the Florida Orange County Sheriff's Office for ten years.

This affidavit is made in support of an application for a search warrant authorizing the collection of (2) buccal swabs from Brandon Conrad Miesmer, date of birth xx/xx/1989. This search is in connection with the alleged carjacking of Jonathan Hamlin, and his two sons, A.M. and C.M., which occurred on or about

1

September 7, 2015, in Helena, Montana, in violation of 18 U.S.C. § 2119.

The information set forth in this affidavit is known to me as a result of my own investigation or has been provided to me by other law enforcement officers involved with this same investigation. I have not included each and every fact known in this investigation. Instead, I have included those facts necessary to establish probable cause to believe that a violation of 18 U.S.C. § 2119 has occurred, and further evidence of that violation, namely buccal matter of Brandon Conrad Miesmer, exists on or within the vehicle which he took by force from Jonathan Hamlin on September 7, 2015.

On September 6, 2015, at approximately 10:00 p.m., the subject, Brandon Conrad Miesmer, allegedly shot and killed Cody Bruyere at 711 7th Street North in Great Falls, Montana. After allegedly killing Bruyere, Miesmer told two acquaintances, Christopher Nienhaus and Jay Hageman, to drive him out of Great Falls. Miesmer, Nienhaus, and Hageman left Great Falls in a silver Subaru Baja Turbo with Montana license plate B2990 and vehicle information number (VIN) 4S4BT63C365101890.

After departing Great Falls, Miesmer told Nienhaus and Hageman that he had just killed someone. Miesmer, Nienhaus, and Hageman drove from Great Falls south bound on I-15 toward Helena. According to Niehaus and Hageman, they drove Miesmer from Great Falls, to Helena, to Montana City, to Butte, and back

2

again to Helena.

On September 7, 2015, at approximately 1:15 a.m., Miesmer, Nienhaus, and Hageman arrived at Sinclair Friendly's, located at 1831 11th Avenue in Helena, Montana. Miesmer entered the store, paid for gas, and walked back outside to the Subaru. According to Nienhaus, after Miesmer walked back outside, Nienhaus told the store attendant, Clarence Brien, that he had been "hijacked" at gunpoint in Great Falls by Miesmer. Nienhaus explained that Miesmer forced him and his girlfriend, Jay Hageman, to drive Miesmer out of Great Falls and that the three of them had been driving all over the place since that time.

The store attendant called 911 and provided law enforcement with the above referenced information to include a description of the vehicle Miesmer, Nienhaus, and Hageman were driving. Miesmer, Nienhaus, and Hageman drove away from the store. At this time, law enforcement became aware that Miesmer was in the Helena area and officers began actively searching for the above described Subaru.

On September 7, 2015, at approximately 6:03 a.m. Nienhaus called 911 from the Subway restaurant located at 1350 Cedar Street in Helena, Montana. According to Nienhaus, he had convinced Miesmer to drop off himself and Hageman. Miesmer left the area in the Subaru. At 7:12 a.m., Helena Police Department (HPD), Police Officer Tyler Wood located the silver Subaru Baja Turbo being driven by Miesmer as it traveled north bound on Interstate 15. HPD attempted to

conduct a traffic stop on the vehicle, but Miesmer fled north bound on Interstate 15 at a high rate of speed. HPD Officers pursued the fleeing vehicle north bound on Interstate 15, and then east bound onto Lincoln Road. The Subaru blew a front tire when it turned onto Lincoln Road. After blowing a tire, Miesmer continued to travel east bound on Lincoln Road.

At this moment, the victim, Jonathan Hamlin, and his two sons, C.M. and A.M., were stopped in a green Ford Escort at the intersection of Lincoln Road and Hauser Dam Road preparing to turn south bound. Hamlin's Ford Escort was not manufactured in Montana, and therefore, had been shipped or transported in interstate commerce. Hamlin and his sons were on their way to go fishing on the Missouri River. According to Hamlin, as he prepared to turn south bound, he looked in his rear view mirror and observed a silver car traveling toward him at a high rate of speed. The vehicle skidded past Hamlin nearly striking his vehicle. Seconds later, the vehicle came to rest approximately five to ten feet in front of Hamlin's car, blocking him from driving forward.

After the vehicle came to a stop, an unknown white male, later identified as Miesmer, exited the silver car, and shouted at Hamlin to get out of his vehicle. Miesmer moved toward the driver's side of Hamlin's vehicle. Miesmer then grabbed the driver side door handle and opened the driver side door. After opening the driver's door, Miesmer pointed a black pistol at Hamlin's head. Hamlin

4

described the pistol as a Glock, and estimated that the barrel of the pistol was three inches from his face.

Miesmer then grabbed Hamlin on the shoulder, and began pulling him out of the vehicle. Miesmer continually shouted for Hamlin to "get out". Hamlin exited his vehicle, moved to the back of his car, and began yelling for his two sons to get out of the car. According to Hamlin, C.M. (front passenger) exited the vehicle immediately and crawled into a ditch on the side of the road. Hamlin's other son, A.M., was unable to get out of the car. A.M. was seated in the rear passenger seat, and the child safety locks were engaged, therefore, A.M. was unable to open his door from the inside.

Miesmer entered the front driver side of Hamlin's vehicle, sat down, and turned around focusing on A.M. who was still seated in the back seat. Miesmer pointed the pistol at A.M. and continued to shout at him to get out of the car. A.M. repeatedly attempted to exit the vehicle without success. Miesmer began to shove A.M. into the locked door attempting to force him from the vehicle. Hamlin ran over to the passenger side of his car and opened A.M.'s passenger door from the outside. A.M. climbed out of the vehicle into his father's arms. According to Hamlin, Miesmer then drove away toward Hauser Dam with law enforcement in pursuit.

Miesmer continued north bound on Hauser Dam Road to the dead end of the

5

roadway. After reaching the dead end, Miesmer abandoned Hamlin's green Ford Escort and fled the area on foot. Hamlin's green Ford Escort was later secured by the Lewis and Clark County Sheriff's Office and towed from the scene.

On September 8, 2015, Lewis and Clark County Sheriff's Office Detective Dan O'Malley contacted Hamilin at his residence. Detective O'Malley requested permission to search Hamlin's green Ford Escort with Montana temporary tag AAGN8965 and VIN 3FARP15J1RR148333, which Meismer had taken by force from Hamlin and later abandoned. Hamlin subsequently granted law enforcement officers permission to search his green Ford Escort with Montana temporary tag AAGN8965 and VIN 3FARP15J1RR148333.

On September 8, 2015, Lewis and Clark County Sheriff's Office, Evidence Technician Chad Day processed Hamlin's green Ford Escort with Montana temporary tag AAGN8965 and VIN 3FARP15J1RR148333. Evidence Technician Chad Day collected one DNA swab sample from the steering wheel and one DNA swab sample from the gear shift of the vehicle. These two DNA swab samples were submitted into evidence.

On September 9, 2015, after an extensive search of the area, Miesmer was located and arrested in the Black Sandy area of Helena, Montana. After being apprehended, Miesmer agreed to speak with law enforcement. Miesmer admitted to being pursued on Interstate 15. He stated that he noticed two patrol vehicles

parked on the side of Interstate 15. Miesmer knew that the police were looking for him at the time. When Miesmer noticed that the two patrol vehicles pulled out, he sped up and attempted to flee the area. Miesmer estimated that he was traveling at 100 to 110 miles per hour as he fled the area.

According to Miesmer he turned onto Lincoln Road. Miesmer said that he was familiar with this area because his grandfather used to take him fishing on Hauser Lake. Once on Lincoln Road, Miesmer said that the vehicle he was traveling in blew a tire. According to Miesmer he knew that this vehicle would not take him much further. Miesmer stated that he took the next car that was in front of him. Miesmer indicated that he stopped right in front of another car. Miesmer described that he had his gun and he told the occupants of the car to get out. He remembered that there was one child left in the car, and he helped him get out. Miesmer then stated that he drove away toward Hauser Dam. This incident was captured on video by pursuing law enforcement patrol vehicle dash board cameras. These videos have been submitted into FBI evidence.

Given the facts set forth above, I believe probable cause exists to believe that a violation of 18 U.S.C. § 2119 has occurred and evidence of that violation, namely buccal matter of Brandon Conrad Miesmer, exists on or within the green Ford Escort with Montana temporary tag AAGN8965 and VIN 3FARP15J1RR148333.

Therefore, the genetic material obtained from buccal swabs from Miesmer is

being sought to compare with evidence maintained by the FBI in the form of two DNA swab samples collected by the Lewis and Clark County Sheriff's Office on September 8, 2015, from Hamlin's green Ford Escort with Montana temporary tag AAGN8965 and VIN 3FARP15J1RR148333.

Respectfully submitted,

Jason M. Bowen
Special Agent
Federal Bureau of Investigation
Helena, Montana


Subscribed and sworn before me this __13__ of October 2015.

The Honorable John T. Johnston
United States Magistrate Judge

8